**Tevis R Ignacio**
**327 Blossom Valley Dr**
**Los Gatos, Ca. 95032**
**i800guswho@gmail.com**

FILED

SEP 08 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR NORTHERN CALIFORNIA
# ~~San Jose~~ Division

San Francisco

**Soccer, et al.**

**v.**

**FIFA, et. al.**
U.S. gov. /.

**Case Number**
CV26-9963
PHK

**Complaint - RICO Act.**
**Jury Demanded**

To whom it may concern,

"LEGAL STANDARDS"

The author of this Complaint has filed anonymously before in federal cases on behalf of plaintiffs, mainly with a Gus Who name. So ... in this Class Action, 1 is filing in the name of a recognized and established sport name, "Soccer." As one has heard and understood the phrase, "Be the Ball." when engaging with others to talking specifically on a sport and its community at large.

Given this may be controversial, like minded plaintiffs would sign on this Complaint, after following the given facts that the defendants claim authority to as Football. Giving them a Monopoly over the sport of Soccer. In the current form, such sport has become "Football" (style) Rugby? NFL? FIFA! ... Looking out for who authority and style? Where Soccer Plaintiffs look out for the sport, like someone with a name they want to attach to the bottom line and practice what is being preached.

## AUTHOR AUTHORITY BACKGROUND

Born and raised locally in California, where the first soccer league in the area was PAL (Police Athletic League) I started at the end of 5th grade, I recall going to big Police gathering room sitting with my dad and older brothers with many other like minded families sat, and were surrounded by standing police officers in force as the final discussions of formation was taking place. A lot of non speaking English families in attendance. (Not sure when actually league started) The only people that played were Spanish speaking players.

Played on a top rated college team back in the early 80's, the University of San Francisco and receiving a PE degree, then coached Boys Varsity High School, also teaching both adult women and men indoor soccer classes at night. I feel I am qualifying to the subject matter in which any VAR (Video Assistance Referee) referee should have reported to FIFA by now, (not sure if they did or not) and proper procedures should have followed.

## JURISDICTION

As the following EVENTS happened in the jurisdiction of the United States of America, at MetLife Stadium in East Rutherford, New Jersey. Therefore this Court is a proper average to file a complaint, given that Billions of Dollars are in play over authority and control of a "SOCCER" sporting competition outcome that took place on July 19, 2026 for a "World Cup" Title.

Soccer as a body is placing its individual names as a society of defined and diversified class of us v. them! "Football" group... that would need to learn such English v Spanish terms and rules/ codes of conduct.. blah, blah blah ... goooo⚽! So to place the Sport of Soccer which is definable, compared with Ruby and NFL that are competing sports for the term Football.

On Sunday, July 19, 2026, in the final of the FIFA World Cup and throughout the Tournament the FIFA referees lost control of games and allowed a "football" style of play in which results in referees and FIFA to create a Monopoly on what many saw as "Soccer," to become like NFL Football, or ruby style such as what took place as broadcasted.

THIS INCIDENT occurred late in this World Cup Final game at approximately 81:52 on the video time clock, when a yellow card was issued to an Argentina player for making a swiping jester response to the referee while he was on the ground looking for a foul to be called, after he was blocked from a path that he had started to run by a Spanish player to receive a pass into open space. Like in NFL football terms a receiver going for a pass down field on the sideline and being screened or blocked out of bounds or to the ground... a foul that may be called depending on referee.

The referee did not call this common Ticky-tack foul, as instructed by FIFA guidelines given it would slow down the game if one calls every small foul. The referee than abused his authority in what is being described here, as that "EVENT" that this class action is placing, "SOCCER" as a THING, over the authority of FIFA the Monopoly industry that is dictating this sport that the world is shown.



WAS THIS AN ABUSE OR B!AS FOR A YELLOW CARD?

In plaintiffs SOCCER minds, WE FIND THIS "SWIPING JESTER" a reaction that can happen in the "heat of the moment," especially at this "SOCCER STANDARD; WORLD CUP LEVEL" of play as a response to a non-call, and not deserving a yellow card.

We believe that in this day and age, with the use of Video Assistance Referees (VAR) and at this high level of play, that such a call by the referee should be overturned, even to the point at this time, a true plaintiff that read and understood this declaration to declare that the following Red Card in the last 2 minutes of the game given for a second yellow card was in fact an abuse by FIFA / Rule ... that determined the very predictable outcome that favored one team down a player going into extra time in a scoreless game played in front of a viewing audience of about 1 billion people worldwide, constitutes a game result as invalid.

FIFA, as a body claiming to be the authority over a sport in which a widely and publicly watched event in which is reported and that Billions of Dollars were made is being SUED in the name of Soccer, the Sport. Those that sign on and understand the Americans way between NFL Football, Australian rules football and Soccer, believe the outcome of the game would have resulted in a tie game. That no clear winning team was determined and that the FIFA REFEREES unfairly penalized an entire team due to the facts mentioned above.

DEEPER LEVEL OF UNDERSTANDING NEEDED FOR IMPACT

These players and coaches are considered the best of the best in each country and this Tournament is held every 4 years. There are rarely very bad mistakes being made, so any advantage like having an opponent player carded yellow or red is encouraged. That even Lionel Messi tried to get Marc Cucurella a red card after Enzo Fernandez's red card for touching his mouth. Also if one actually understood the impact a card has, like in the first half at 40:03 a yellow card happened about 3 minutes later that player went down with an

injury that should be widely seen as fake to get substituted off and not pick up a 2nd yellow card, most likely predetermined as the player was not even hit or in a play. As playing a man down at that level is a game changer. This player does not deserve to be in the Hall of Shame

**Enzo Fernández's red card in World Cup final has him join 5 players in "Hall of Shame"**



Though many have complained on line and petitions have been filed, the author of this complaint has not seen a class action lawsuit to this subject matter, and submitting a formal, and legal declaration that others can sign on calling on all that truly care about the sport to sign on this class action lawsuit. (It's not my first class action lawsuit)

**More than 80,700 sign petition calling for World Cup final replay**



The petition alleges that Slovenian referee Slavko Vincic delivered a "controversial and corrupt" performance and calls on FIFA to review several of his decisions during the match.

Therefore We in the name of "SOCCER" attach our names to this / Declaration of Independence / (attachment - "practice squad" under Capt. Seuss) and "Jester at FIFA" to bring Honor to the Sport of Soccer and schedule a path to move forward and negotiated and determined a like minded "Soccer Bowl" game that brings a world together in the name of one sport.

July 2026 ______________________________

as Captain Seuss



# WORLD CUP PRACTICE SQUAD Day

C O P Y C A T 2 6


IN CONGRESS, JULY 4, 1776.

The unanimous Declaration of the thirteen united States of America.



B E A N O R I D I N A L

© ®

SPORTS

# FIFA plan for Kushner-backed $20 billion operation to run World Cup meets fury from Europe's UEFA



1 of 2 | President Donald Trump, left, speaks with FIFA President Gianni Infantino as confetti falls at the conclusion of the World Cup championship final soccer match between Spain and Argentina in East Rutherford, N.J., Sunday, July 1[illegible] Read More

BY GRAHAM DUNBAR

Updated 10:25 AM PDT, July 28, 2026

Leer en español

Exhibit 1 1/4

GENEVA (AP) — FIFA President Gianni Infantino's plan to create a $20 billion company running the World Cup with private investors including the Kushner family was announced Tuesday — and immediately attacked by European soccer body UEFA.

"It is not FIFA's to sell," UEFA said in a statement. "None of us are the owners of football."

Infantino's plans to form a commercial subsidiary, which would be called FIFA Forward Enterprise (FFE), running competitions like the World Cup and Club World Cup was first reported by The Times of London.

FIFA said in a statement FFE would raise up to $4.2 billion later this year to help fund development programs "based on an initial equity valuation of $20 billion by carefully selecting long-term investors who will purchase minority, non-controlling interests."

FIFA is working with J.P. Morgan while intended investors include Thrive Eternal launched by Joshua Kushner, whose brother Jared Kushner is a son-in-law of U.S. President Donald Trump.

The men's World Cup that finished this month only deepened the political and personal ties between Trump and Infantino, and fueled concerns about those ties including from UEFA.

"The soul and governance of football are not assets to trade — especially with zero transparency as to who gains financially," UEFA said Tuesday, responding to the reports of selling stakes in FIFA competitions.

FIFA is currently a Swiss-based not-for-profit association of its 211 national member federations worldwide.

Those members must approve any plan and would get the chance "to access up to $20 million in one-off capital," FIFA said.

"This is about the democratization of football worldwide," Infantino said in a FIFA statement, which added that "a consultation process has begun."

UEFA, however, said it took reports of the project "extremely seriously. So should every national Football Association."

"This crosses a line that football's governing institutions should never cross," said UEFA, which comprises 55 of the FIFA members.

Exhibit 1 2/4

Sunday, July 19

| Final | 12:00 PM |
| --- | --- |
| ESP | 1 |
| ARG | 0 |

## FIFA's $20M offer to member federations

The outline of Tuesday's surprise announcement was, FIFA said, detailed by Infantino to members who met in Manhattan on July 18 ahead of the World Cup final. There, Infantino promised to "unleash the commercial potential and opportunity that FIFA has."

FIFA's statement Tuesday about its proposed project led on how much money each of its 211 members could get through 2038 in the "FIFA Fast-Forward Program."

Instead of the currently promised $8 million each in development funds through the 2027-30 World Cup commercial cycle, it would be $20 million, then $22 million and $24 million in the following cycles.

FIFA banked record World Cup income of about $12 billion from the 2026 tournament which had unprecedented high prices for tickets and hospitality across the U.S., Canada and Mexico. It already was unclear how that money could be matched from Spain, Portugal and Morocco co-hosting the 2030 men's edition.

Member federations could choose if they wanted to take part in the new financial opportunities, FIFA said.

"FIFA would retain sole control of FFE and exclusive authority over football governance, competitions, match calendar, and all regulatory and sporting decisions," the soccer body said.

FIFA's integrity standards were called into question during the World Cup, including by team coaches, Norway's soccer federation and a top European public body, the Council of Europe.

## FIFA's previous attempt to privatize assets

The project announced Tuesday is the second time in Infantino's increasingly controversial 11-year presidency he has tried to push through a multi-billion dollar deal with private backers.

Exhibit 1 3/4

In 2018, Infantino proposed a secretive $25 billion offer over 12 years with SoftBank of Japan to create new global competitions, including an expanded men's Club World Cup, seemingly backed by Saudi Arabian money.

That ultimately failed after meeting fierce resistance from UEFA, which saw threats to its prize assets: the Champions League and the European Championship.

Infantino still built closer ties to Saudi soccer and the kingdom's Crown Prince Mohammed Bin Salman. Saudi Arabia will host the 2034 World Cup and largely funded the revamped men's Club World Cup hosted in the U.S. last year.

## Infantino's future?

The financial success of the just-ended World Cup has looked likely to ensure Infantino is re-elected next year unopposed for a fourth and final term in office through 2031.

At his re-election by acclaim in 2023 in Rwanda, Infantino suggested any CEO delivering similar financial results would be kept in the job forever.

Speculation has swirled for years Infantino might want a different global role in soccer beyond his FIFA presidency, which is due to end when he is 61.

The Times reported Tuesday that a CEO-like commissioner role of the new FFE operation could be created for Infantino.

"This has never been discussed," FIFA said in a statement Tuesday. "However, the FIFA president and the FIFA administration will and must have leading roles in this entity — if approved."

There was no timetable suggested Tuesday for debate and decisions by FIFA, its ruling Council chaired by Infantino, and the 211 members.

FIFA is scheduled to hold an online congress on Nov. 23 to confirm hosts of the Women's World Cup editions in 2031 and 2035.

___ AP soccer: https://apnews.com/hub/soccer and AP World Cup coverage



**GRAHAM DUNBAR**
Dunbar is an Associated Press sports news reporter in Geneva, Switzerland. He focuses on the governing bodies, institutions and politics of international sports.

Exhibit 1 4/4

World Cup 2026

# Fifa president Gianni Infantino called to appear before Congress over Trump ties

## Democrat Jamie Raskin pushes Fifa to release records of contact with Trump, administration and family business



Donald Trump joins the Fifa president, Gianni Infantino, on the field for the trophy presentation at the World Cup final. Photograph: Richard Sellers/Sportsphoto/Allstar

**Ella Brockway**

Mon 27 Jul 2026 16.22 EDT

Prefer the Guardian on Google

Exhibit 2 1/3

Jamie Raskin, the top Democrat on the House judiciary committee, has launched an investigation into the Fifa president, Gianni Infantino, seeking documents that would detail the ties between soccer's governing body and Donald Trump and his administration.

In a Sunday letter, Raskin wrote to Infantino and called for Fifa to provide any documents and communications related to gifts, payments or benefits provided to Trump and his associates, as well as the visitor logs for Fifa's office space in Trump Tower, which it acquired last year. The committee also requested that Infantino sit for a transcribed interview.

Infantino's relationship with Trump came under scrutiny in the lead-up to this summer's World Cup. In December, at the World Cup draw in Washington, Trump was awarded a newly created "Fifa peace prize" at the Kennedy Center, where renovations were allegedly "rushed" on the administration's orders to prepare for the event. Fifa opened its office in Trump Tower in midtown Manhattan last July.

Such scrutiny intensified during the World Cup. Trump made several calls to Infantino to lobby for a review of the US striker Folarin Balogun's controversial red-card suspension before the Americans' last-16 match against Belgium. Fifa did reverse Balogun's ban, but the political circus cast a pall over the US team and drew the ire of other teams and associations from around the world.

Alongside the leaders of Canada and Mexico, Trump joined Infantino for the World Cup trophy presentation after Spain beat Argentina in the final. The pair, who watched the final together in a glassed-in section of luxury seats, were met with boos from the New York New Jersey Stadium crowd when they took the field.

Raskin's letter references the Department of Justice's decision to "dismiss the indictments" of defendants in US government investigations into corruption in global soccer, including the 2015 prosecution of more than 20 high-level Fifa officials and sports-marketing executives.

"[Y]our election as Fifa president was supposed to mark a red-card break from a decades-long culture of corruption and scandals that dressed down world soccer's reputation," Raskin wrote to Infantino in the letter. "Instead, at the start of your tenure, you dismantled Fifa's ethical guardrails and disabled the organization's ethics committee by pushing out most of its members. This lack of transparency and oversight has since paved the way for you to ingratiate yourself with the Trump administration via tactics that a New York University law professor and one of your former ethics committeemen described as 'legal bribery'."

Exhibit 2 2/3

The letter also addresses Fifa's World Cup ticketing policy, which is already the subject of investigations by several attorneys general in the United States. The use of dynamic pricing drew much criticism during the tournament, leading to big surges and pricing out many fans from attending games.

"The most recent quid pro quo that Fifa and President Trump orchestrated is not a victimless crime. It hurts Americans. Fifa has taken its newfound favored status in the Trump administration as a sign that it may rip off its consumers, most notably, by employing illegal price-gouging and fraudulent sales tactics for the World Cup," Raskin said in the letter.

The letter gives a deadline of 9 August to provide the requested documents and schedule the interview. Raskin does not have the power to compel Infantino to appear, given that Democrats do not hold the majority in the House, unless he garners Republican support.

Fifa's interactions with the US government did not end with this summer's World Cup. The US is expected to be the primary host of the Women's World Cup in 2031, and the success of this year's tournament has led many to speculate that the 2038 men's World Cup could be hosted by the US. Fifa has been approached for comment.

Earlier on Monday, Infantino used a 15-part message on Instagram to denounce his critics, accusing them of spreading hate and false narratives. He touted the World Cup as a success.

More than 200 Fifa members have endorsed Infantino ahead of the presidential election in March, but some associations have stood in opposition. The Norwegian football federation is planning to submit a formal complaint to Fifa ethics investigations over Trump's role in the reversal of Balogun's ban.

Exhibit 2 3/3

ADVERTISEMENT

CNN Sports

Subscribe

SPORTS > SOCCER • 3 MIN READ

# Switzerland's Breel Embolo shouldn't have been sent off against Argentina in World Cup quarters, says IFAB

13 HR AGO

By Associated Press



Exhibit 3 1/6



Referee Joao Pinheiro shows a red card to Breel Embolo during the 2026 World Cup ...

**Geneva, Switzerland (AP) —** Soccer's law-making panel clarified its guidance to referees which confirmed Switzerland forward Breel Embolo should not have been sent off in the World Cup quarterfinals against Argentina.

Embolo's second yellow card, after a video review for simulating being fouled, changed the momentum of the game in the 72nd minute soon after Switzerland tied the score at 1-1.

Argentina won 3-1 in extra time with help from the red-card decision that fueled complaints, including from previous opponent Egypt, referees were favoring Lionel Messi's team with decisions.

ADVERTISEMENT

Exhibit 3 2/5

The FIFA-backed rules panel known as the IFAB published a clarification Monday

that VAR protocol for "mistaken identity" cases was not eligible for that type of incident at the World Cup, though it could be in future competitions.

**RELATED ARTICLE**



Why Spain's homage to 2010 and 2024 was the right ending for one of the best World Cups ever

5 MIN READ

"However, it may not be used as such until that review is concluded," the Zurich-based IFAB said in a statement.

Embolo fell to the ground on being challenged by Argentina midfielder Leandro Paredes, who was shown a yellow card.

ADVERTISEMENT

Exhibit 3 3/5

The VAR officials alerted the referee to the fact Paredes did not commit a foul and instead Embolo was shown a yellow, his second, and was sent off.

That is not how "mistaken identity" is currently meant to be applied, which is to correct the referee when a card is shown to the wrong player who did not commit the

original foul penalized.

"The referee made the wrong decision," Switzerland coach Murat Yakin said after the game in Kansas City. "I know they will protect their referee but this rule destroyed our game today, and it's very painful, and to be eliminated in that way hurts a lot."

The IFAB clarified the card "can only be reviewed to identify the player who committed the offense that was penalized; the offense itself cannot be reviewed/changed."

## Updating the VAR protocol




Embolo's red card changed the dynamic of the match. *(Julian Finney/FIFA/Getty Images)*

A review of VAR protocol has been ongoing since March and the IFAB acknowledged that incidents like Embolo's are part of it.

ADVERTISEMENT

"The use of the mistaken identity clause to deal with simulation during the FIFA World Cup 2026 was well received," the Zurich-based group said.

The IFAB is composed of FIFA-appointed officials and the four British soccer federations. Its annual meeting is each February or March to update The Laws of the Game that take effect for major tournaments or the next season.

## European soccer wants lighter touch VAR

The IFAB clarity was praised as "welcome explanations" on Tuesday by UEFA, which has hosted referee bosses from each of its 55 member federations to reset their decision-making principles for the new season.

ADVERTISEMENT

Exhibit 3 5/8

"VAR is not meant to re-referee the game," UEFA stressed, stating the need for shorter video reviews and a lighter touch for intervening.

FIFA's overall VAR strategy for the World Cup was praised following a frustrating season of video reviews, particularly in the Premier League.

**RELATED ARTICLE**



World Cup winner Zinedine Zidane named head coach of France men's national team

4 MIN READ

"Lengthy, microscoping reviews are often a symptom revealing that the decision on the field was not clearly and obviously incorrect, and should therefore be limited," UEFA said, setting a standard for intervention at "when a referee decision is blatantly incorrect or when the referee has missed a clear incident."

ADVERTISEMENT

Exhibit 3 4/4

ADVERTISEMENT



HAPPENING NOW

South Carolina pays final respects to the late Sen. Lindsey Graham

SPORTS > SOCCER • 8 MIN READ

# World Cup meets Wall Street? What to know about FIFA's proposed World Cup rights selloff

UPDATED 1 HR 9 MIN AGO

Analysis by Patrick Sung Cuadrado

Exhibit 5 1/14





FIFA President Gianni Infantino holds the FIFA men's World Cup Trophy as he ...

Roughly a week and a half on from the end of one of the best ever World Cups, news has dropped that bring FIFA and its president Gianni Infantino – fresh off their massive win in North America – crashing back down to Earth.

The world soccer governing body announced plans Tuesday to set up a separate entity – which would include private investors – that would have control of the commercial and operational rights of one of the globe's biggest sporting events.

This proposal, though, has come under intense scrutiny and criticism from many around the world, including European governing body UEFA saying the "soul and governance" of the game are under threat.

ADVERTISEMENT

Exhibit 5

2/4

But what is it about the proposal that has caused such uproar from soccer bodies and authorities, members of the media and fans? Why are so many saying that FIFA is putting soccer up for sale?

## What is FIFA's proposal?

FIFA is proposing a new entity called FIFA Forward Enterprise (FFE) that will control the commercial side (including broadcast rights, sponsorship, ticketing and licensing) and the operational side (planning, setting up and delivering tournaments) of what it currently does with its own competitions, including the World Cup and the Club World Cup.

FIFA says it would own and have "sole control" of this subsidiary, which it says has an initial equity valuation of $20 billion, and have "exclusive authority" of the sporting side of things, including competitions, governance, match calendars and regulatory/sporting decisions. The governing body said all net benefits of FFE would be reinvested back into the worldwide game.

ADVERTISEMENT

Exhibit 5 3/14

Included in these proposals is the introduction of private investment into the game; FIFA says it will raise $4.2 billion by partnering with certain "long-term investors who will purchase minority, non-controlling interests in FFE."

**RELATED ARTICLE**



FIFA plan for Kushner-backed $20 billion operation to run World Cup meets fury from Europe's UEFA

4 MIN READ

The money raised by the proposal would allow FIFA to provide up to $40 million to all of its 211 member associations: $20 million for the next budget cycle of 2027-2030 (up from $8 million currently budgeted) and an immediate, optional $20 million from the $4.2 billion of private investment. According to the Associated Press, Infantino has set a September 19 deadline for the member associations to accept the optional payment.

There are similar entities in sports currently. For example, Liberty Media owns Formula One's commercial and operational rights, while motorsport governing body FIA leads the sporting side of things. The intersection of sports with Wall Street is not new – just look at the investment of private equity into the NFL, NBA, MLB and the PGA Tour – but the trend seemingly continues to accelerate into global sports.

ADVERTISEMENT

Exhibit 5 4/14

The entire proposal though is just that: a proposal. As FIFA itself said in a statement, it still has to be approved by the majority of FIFA's member associations and by the FIFA Council.

## So what's potentially controversial about the proposal?

First, the proposal was developed rather opaquely. The first news of it was revealed by a report in the Times of London before it was confirmed by FIFA.

Subsequent criticism has come from soccer authorities saying they weren't consulted on the plans at all before they were released to the public. Both CONCACAF and the Asian Football Confederation released statements saying they were not consulted, with the North and Central America and Caribbean governing body saying it was "deeply concerned by the lack of due process."

ADVERTISEMENT

Second, the FFE proposal has brought a lot of criticism due to the involvement of private investors, in particular the main proposed investor group, Thrive Eternal, which is headed up by Joshua Kushner – brother of Jared Kushner, the son-in-law of US President Donald Trump.

Exhibit 5 5/14



Joshua Kushner, founder of Thrive Capital and younger brother of Jared Kushner, in 2025. *(Al Drago/Bloomberg/Getty Images)*

The sale of roughly 20% of FFE might not seem like a lot right now, but while FIFA says it will maintain sole control of the subsidiary, there is nothing in its statement Tuesday that says investors will be limited to 20% forever.

The fear is that investors, seeking return on their investments, will push to influence matters beyond their remit in order to maximize their profits.

ADVERTISEMENT

Exhibit 5 6/14

For example, the newly expanded men's World Cup allowed for a lot more revenue through additional games, while hydration breaks gave broadcasters opportunities to play more ads if they so chose. There would be even more incentive to expand the World Cup and the Club World Cup further to allow more teams, providing more games for more revenue. This isn't speculation, but rather something already postulated by Infantino during the 2026 edition. Would investors also pressure FIFA to hold the World Cup more frequently: every two years instead of every four?

That would then affect player welfare and competitions outside of FIFA's remit, such domestic leagues and continental club competitions like the Champions League. Players are already nearing their physical limits with the additional games, so would more mean additional injuries and affect the product more?

European soccer player union FIFPRO Europe said in a statement that it has "deep concern" over the FFE proposal, saying that it risks turning the World Cup and other competitions into "investable assets for private capital, a move that would fundamentally and irreversibly reshape the incentives underpinning the competitions in which players work, compete and build their careers."

CNN Sports has reached out to FIFA for comment on the proposals.

## Who has spoken out and what are they saying?

UEFA is leading the charge of critics with its strong statement Tuesday, saying the proposed selloff of rights "crosses a line that football's governing institutions should never cross."

ADVERTISEMENT

Exhibit 5 7/14

“The soul and governance of football are not assets to trade – especially with zero transparency as to who gains financially. None of us are the owners of football. It is not FIFA’s to sell,” Europe’s governing body continued.

UEFA added today: “we have learned of FIFA’s deadline to associations to support their proposals or have the one-off payout offer withdrawn. This says everything you need to know about this plan.

“Having held discussions with many stakeholders across the game, UEFA knows there is significant and growing opposition to FIFA’s scheme. FIFA cannot continue to use our sport to enrich themselves and their friends. We can grow the game correctly.

The president of Spain’s La Liga, Javier Tebas, went further still, saying the proposal “didn’t seem like a reform” before adding that “whoever mixes politics, disciplinary measures, money and power without transparency shouldn’t lead anything. Infantino isn’t the solution to FIFA’s governance. He’s the problem.”

ADVERTISEMENT

Exhibit 5 8/14

CNN Sports has reached out to FIFA regarding the criticisms of its proposals.

The newly expanded 2026 World Cup included 48 teams for the first time and culminated with Spain and Argentina in the final. *(Agustin Marcarian/Reuters)*

England's FA, one of the most influential individual national associations in the world, said "we were completely unaware of this proposal and have no substantive details, including what the proposition actually is, and what conditions are attached."

It added: "Based on the limited information, we are deeply concerned about the lack of process and governance to get to this point, and the apparent substance and principles involved."

Exhibit 5 9/14

ADVERTISEMENT

European Football Clubs – the independent body for club teams in Europe – said it had "serious concern" about the proposals.

UK Prime Minister Andy Burnham has also come out, saying on X that "football does not belong to investors" and "the World Cup is not a product."

> **Andy Burnham**
> @andyburnham · **Follow**
>
> Let me say this very directly.
>
> Football does not belong to investors. It belongs to the people who fill the stands and who stand on the touchline week in, week out, rain or shine.
>
> The World Cup is not a product. It is the greatest competition in world sport, and it was never Show more
>
> 12:07 PM · Jul 28, 2026
>
> 59.2K Reply Copy link
>
> Read 3.4K replies

Exhibit 5

10/14

European Commissioner of Sport Glenn Micallef also heavily criticized the proposal

and said commission "will study these proposals carefully."

ADVERTISEMENT

Many fans have also come out against the proposal with Nick Jones, member of the England Supporters Travel Club, calling it an "abomination of an idea" in an email to members of the FA, acquired by UK journalist Henry Winter.

## Has anyone supported the idea?

Given the amount of money involved, yes, there are supporters of the idea.

Czech FA president David Trunda told Sky News Wednesday that he tentatively supports the idea, saying, "I can see the pragmatic benefits for Czech football from working in close co-operation with Gianni Infantino and his team.

ADVERTISEMENT

Exhibit 5

11/14

"Of course, we need more details, but my personal point of view is that I can see the positive impact of FIFA's intentions," Trunda added.

As time goes on, there will surely be more supporters – particularly among smaller, less financially powerful member associations – of Infantino's idea.

## What happens now?

UEFA is reportedly set to meet with its 55 member associations this week to discuss next steps. Among the measures that are reportedly on the table is a boycott of any FIFA-controlled competitions, including the World Cup and Club World Cup. CNN Sports has reached out to UEFA for comment.

ADVERTISEMENT

Exhibit 5 12/14

If there were to be a boycott of both national teams and club sides, that would likely end any aspirations to create the FFE. Imagine a World Cup without Spain, France or England or a Club World Cup without Chelsea, Paris Saint-Germain, Real Madrid or Barcelona – these wouldn't be legitimate competitions in the eyes of almost all fans

around the planet. However, the likelihood of this actually happening isn't very high.

Given the annoyance of other continental confederations like CONCACAF and the AFC, it is possible that those other organizations are looking at countermeasures individually or by teaming up with UEFA and/or each other. That being said, neither of their statements seemed as strongly worded as UEFA's and focused on not being consulted rather than the substance of the proposal.

RELATED ARTICLE

Switzerland's Breel Embolo shouldn't have been sent off against Argentina in World Cup quarters, says IFAB

3 MIN READ

On the other hand, there is a lot of money at play. As seen by the Czech FA's tentative support, many associations – particularly in smaller or developing nations – might see that massive windfall as essential to building up the infrastructure or grassroots level of the game in their countries, and something that can't be passed up. Also, Infantino does command a lot of support among the 211 member nations due to what they see as his focus on them rather than the big power players in UEFA.

ADVERTISEMENT

Exhibit 5

Again, it remains to be seen what happens on the FIFA end of things. This could all be voted away if the majority of the member associations are against it when a vote eventually does happen. Also, the public furore might cause Infantino and FIFA to second guess themselves and withdraw the idea, much like the Super League initiative was largely shot down within a few days of its proposal due to fan and media tumult.

Whatever happens next, it's clear that, for many, this is a fight not only over some dollars and cents, but rather for the soul of the game itself.

Exhibit 5 14/14

ALJAZEERA

LIVE

Sport | Football

# American, Asian confederations blindsided by FIFA's World Cup plan

*Americas governing body 'deeply concerned' by lack of due process in FIFA private investment plan, AFC 'disappointed'.*

5 mins Save Share Add Al Jazeera on Google




The World Cup trophy is seen as Argentina's Lionel Messi embraces CONCACAF President Victor Montagliani after receiving his 2026 runners-up medal [Dylan Martinez/Reuters]

Exhibit 4 1/7

By Reuters

29 Jul 2026

FIFA's bombshell proposal to sell stakes in a $20bn commercial subsidiary has drawn strong criticism from football's regional confederations, which said they were blindsided by the world governing body's plan to bring private investors into the game.

The Confederations of North, Central America and the Caribbean (CONCACAF) and Asia (AFC) delivered stinging rebukes on Wednesday, saying they learned of FIFA's equity sale proposal through media reports rather than official channels.

RECOMMENDED STORIES

Infantino's plan to sell stakes in the FIFA World Cup: All to know

F1 to end season in Europe if no Middle East races; decision in September

Indian Premier League's business value skyrockets to $20bn

World Cup: For India football, qualification is still just a distant dream

FIFA said on Tuesday that it plans to create a $20bn subsidiary to run the World Cup and its other events, offering stakes of up to 20% in it to external investors.

Under the plan, FIFA would establish its Forward Enterprise to oversee commercial and event operations. FIFA, which this year held a 48-team World Cup across the US, Canada and Mexico that was the biggest in the tournament's history, would retain control of the enterprise but offer minority stakes to private investors to raise up to $4.2bn.

## CONCACAF cite 'lack of due process' by FIFA

"CONCACAF was only made aware of this matter through media reports and, subsequently, via a media release. We are deeply concerned by the lack of due process," it said in a statement.

Exhibit 4 2/7

"We share the disappointment of many within our region and the game that this level of

detail has been designed and shared publicly before any discussion with the relevant governance bodies and stakeholders has taken place.

"As leaders within football, we are the custodians of the game. Collectively, FIFA, the confederations and every member association have a responsibility to always act in the best interests of the sport.

Advertisement

Exhibit 4 3/7

"Every decision we make must be guided by good governance, robust processes and long-term stewardship."

# Asian Football Confederation 'disappointed' by World Cup plan

The AFC said it recognised the importance of "exploring innovative approaches" but was disappointed that such a significant proposal was announced before the confederation had the opportunity to examine the plan.

"Such initiatives should be founded upon the principles of good governance, transparency and meaningful consultation," it said.

Sign up for Al Jazeera

Americas Coverage Newsletter

US politics, Canada's multiculturalism, South America's geopolitical rise—we bring you the stories that matter.

Subscribe

By signing up, you agree to our **Privacy Policy**

protected by reCAPTCHA

"Decisions that may reshape the commercial and financial future of the game require comprehensive prior engagement with confederations, member associations and other relevant stakeholders before any proposal is made to the appropriate decision-making body(ies)," the AFC added.

"The AFC firmly believes that all stakeholders should be provided with sufficient information and adequate time to assess the proposal in full, including its governance, legal, commercial and strategic implications."

While the AFC has 47 member associations, CONCACAF has 41. Exhibit 4 4/7

Together with UEFA's 55 members, that brings the total to 143 of 211 member associa-

tions whose confederations either criticised the proposal or had concerns about it.

"Our job is to make sure the rest of football grows with it: FIFA exists to support sustainable, inclusive development in every corner of the world," FIFA President Gianni Infantino said.

## France and UK react to FIFA move

The backlash also extended to individual country ruling bodies, with French Football Federation chief Philippe Diallo saying his organisation had not been informed either.

"Given its direction – specifically, as I understand, bringing investment funds into a commercial entity alongside FIFA – it obviously raises many questions," he said on the French Inter radio station.

"Particularly since we, the member federations, were not involved and we lack the specific information needed to weigh in on matters that are clearly fundamental to the future of football."

England's Football Association (FA) said it was "completely unaware" of the proposal and had no substantive details.

"Based on the limited information, we are deeply concerned about the lack of process and governance to get to this point, and the apparent substance and principles involved," the FA said in a statement.

"When the proposal is shared in the full and transparent way now promised by FIFA, we will make our views clear, and comment further."

## UEFA meeting mooted

FIFA's move provoked a furious response from UEFA, which accused world football's

**World Cup 2026** Match Schedule Knockout Bracket Group Standings

Advertisement

UEFA is looking to hold an emergency meeting with its 55 member associations this week to discuss FIFA's proposal, according to widespread reports, which added that the meeting would be virtual and would seek to work out a plan of action for European football's governing body.

A boycott of FIFA competitions is understood to be on the agenda for possible responses.

Exhibit 4 6/7

European Union Sport Commissioner Glenn Micallef said he was concerned FIFA's regulatory powers may become aligned with the financial interests of private entities.

"When the value of investments depends on decisions made by FIFA, that raises profound questions about governance, independence and conflicts of interest," he wrote on X.

SPONSORED CONTENT

mgid

This content is created and paid for by advertisers and does not involve Al Jazeera journalists.





You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

w all Do not sell my personal information



Lion Coverage

These San Jose Companies Have The Lowest Car Insurance...



Factripple.com

San Jose: No-Screw Implants For Seniors – How They Work And...




Itsvividleaves.com

San Jose:New 2-Bed Senior Houses Are Stunning - Take A Peek...

Exhibit 4 7/7

RELATED